**Fill in this information to identify the case:**

Debtor 1: Steven W. Troyer

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Ohio (State)

Case number: 17-61785-rk

# Form 4100R
## Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Rushmore Loan Management Services LLC

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 7 9

**Property address:** 118 Darla Drive
Number  Street

Creston   OH   44217
City    State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Steven W. Troyer | Case number (if known) 17-61485-rk |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Molly Slutsky Simons
Signature

Date 09/12/2022

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 17-61785-rk |
| Steven W. Troyer | Chapter 13 |
| Debtor. | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I certify that on September 12, 2022, a true and correct copy of this Response to Notice of Final Cure Payment was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David A. Mucklow, Debtor's Counsel
    Davidamucklow@yahoo.com

    Dynele L. Schinker-kuharich, Trustee
    dlsk@chapter13canton.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Steven W. Troyer, Debtor
    118 Darla Drive
    Creston, OH 44217

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor